

# Fourth Court of Appeals
## San Antonio, Texas

July 11, 2018

No. 04-18-00214-CV

**MISSION RIDGE P.U.D. HOMEOWNERS ASSOCIATION, INC.,**
Appellant

v.

Robyn M. **HINES**,
Appellee

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CI11100
Honorable Karen H. Pozza, Judge Presiding

# O R D E R

The amended motion of appellant's counsel to withdraw is granted.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 11th day of July, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court